**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000015**
**19-MAY-2025**
**01:24 PM**
**Dkt. 62 ORD**

NO. CAAP-25-0000015

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION,
Plaintiff/Counterclaim Defendant-Appellee, v.
JERRY HALVORSEN, Defendant/Counterclaimant-Appellee, and
JUDITH BOND, Defendant-Appellee, and
LARRY SHELTON; GEORGE CLINE; RAY RAQUINIO; JERRY FINE,
Defendants/Counterclaimants-Appellees, and
STANLEY TROELLER, Defendant-Appellee, and
NANCY BONDURANT, Defendant-Appellant, and
DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC181000222)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Plaintiff/Counterclaim Defendant-Appellee Hawaiian Ranchos Road Maintenance Corporation's (**Hawaiian Ranchos**) May 15, 2025 Motion for Reconsideration of the Order (Granting in Part and Denying in Part [Hawaiian Ranchos'] Motion to Dismiss Appeal for Lack of Appellate Jurisdiction – Dkt. 49), the papers in support, and the record, it appears that Hawaiian Ranchos fails to demonstrate the court overlooked or misapprehended any point of law or fact in the May 9, 2025 Order. See Right to Know Comm. v. City Council, City & Cnty. of Honolulu, 117 Hawaiʻi 1, 9, 175 P.3d 111, 119 (App. 2007) ("[An] exception to mootness arises when the case is capable of

repetition, yet evades review."); Hawaiʻi Rules of Appellate Procedure Rule 40(a).  Therefore IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, May 19, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge